■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER LEE ANDERSON, Appellant. [722 NYS2d 774] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 5, 1991 (*People v Anderson,* 175 AD2d 806), affirming a judgment of the County Court, Dutchess County, rendered August 8, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, Altman and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY BRADLEY, Appellant. [722 NYS2d 757] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered October 1, 1998, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. O'Brien, J. P., Friedmann, Goldstein and Smith, JJ., concur.